UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JEREMIAH HUNLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:10-CV-455 |
| v. | ) | (COLLIER/GUYTON) |
| | ) | |
| GLENCORE LTD, INC., and | ) | |
| EAST TENNESSEE ZINC CO., LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the Standing Order 13-02.

The Defendants seek production of Plaintiff's tax returns. Plaintiff has not objected to the production and has agreed to execute appropriate releases to facilitate the IRS providing copies of Plaintiff's tax returns to the Defendants. The Court has addressed this issue at numerous hearings and through at least one previous Order [Doc. 142].

On September 9, 2013, counsel for Defendant Glencore received a notice from the IRS stating that the IRS was not able to fulfill Glencore's request for copies of Plaintiff's tax returns. See Ex. 1. The IRS stated that a copy of the request for tax returns was sent to the Plaintiff with an explanation of why the IRS was "unable to consider it." Further, the IRS directed that Glencore must submit a newly-signed request with payment, in order to receive the information requested.

Based upon the foregoing, the Court **ORDERS** Plaintiff to immediately provide counsel for Defendant Glencore a copy of the IRS's explanation of the deficiencies in the original

request. The Court further **ORDERS** that the Plaintiff cooperate in executing a release that complies with the IRS's requirements as soon as practicable and not later than **September 17, 2013**.

**IT IS SO ORDERED**.

ENTER:

　/s H. Bruce Guyton
United States Magistrate Judge