UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JEREMIAH HUNLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:10-CV-455 |
| V. ) | (COLLIER/GUYTON) |
| ) | |
| GLENCORE LTD, INC., and ) | |
| EAST TENNESSEE ZINC CO., LLC, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the Standing Order 13-02.

Now before the Court is a Motion to Amend Intervening Complaint [Doc. 227], in which Commerce & Industry Insurance Company, Inc., moves the Court to grant it leave to file a proposed Amended Intervening Complaint of Commerce and Industry Insurance Company, Inc.

No party has responded in opposition to the request to amend, and the time for doing so has expired, see E.D. Tenn. L.R. 7.1. The Court may treat this failure to respond as acquiescence to the relief sought. See E.D. Tenn. L.R. 7.2.

Moreover, the Court finds that the Court finds that the request to amend complies with Local Rule 15.1 and is well-taken under Rule 15 of the Federal Rules of Civil Procedure.

Accordingly, the Motion to Amend Intervening Complaint **[Doc. 227]** is **GRANTED**. The Clerk of Court **SHALL ENTER** the proposed Amended Intervening Complaint of Commerce and Industry Insurance Company, Inc., [Doc. 227-1], in the record.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge