FEDERAL MEDIATION PROGRAM
UNITD STATES DISTRICT COURT
EASATERN DISTRICT OF TENNESSEE

MEDIATOR'S REPORT TO THE COURT

MEDIATOR: Dana C. Holloway
Holloway Law & Mediation Center, PLLC
8351 E. Walker Springs Lane, Suite 401
Knoxville, TN 37923

CASE NAME & NUMBER: Jeremiah Hunley v. Glencore Ltd. and East Tennessee Zinc Company, LLC
United States District Court No. 3:10-cv-00455

Local Rule 16.4(m) requires that mediators file this report with the clerk within five (5) days of each mediation conference. Please answer the questions set out below and file this form electronically in CM/ECF using the Report of Mediation event (located under "ADR Documents"). If you are not a CM/ECF User, please file the form in the clerk's office in the division in which the case is pending. If multiple mediation conferences[1] occur, file a form after each conference within five (5) days of the conference.

1. Did all parties, party representatives and/or claims professionals meet the attendance authority to negotiate requirements of L.R. 16.4(l)?

    ____X____ YES         _____ NO[2]

2. Did the case settle?

    ____X____ YES         _____ NO

3. Is mediation to be conducted at a later date?

    _____ YES         ____X____ NO

4. Was mediation terminated without settlement?

    _____ YES         ____X____ NO

                          s / DANA C. HOLLOWAY
                          Signature of Certified Mediator

                          Date: October 7, 2013

(Rev. 6/06)

---

[1] A mediation conference which continues over multiple days is considered one conference for purposes of this reporting requirement. Send in separate reports only when the conference is recessed for a week or more.

[2] If you answer "no," the clerk will forward a copy of this report to a Magistrate Judge not assigned to the case who will contact you to investigate the problem.